AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>MELISSA ROSE BARRETT a/k/a<br>BRYAN WAYNE BARRETT<br><br>Defendant | )<br>)<br>) Case No. 22-71-BAJ-RLB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Melissa Rose Barrett a/k/a Bryan Wayne Barrett                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Evasion of Payment of Taxes in violation of Title 26, United States Code, Section 7201.

Date: 9/8/2022

*Issuing officer's signature*

City and state:  Baton Rouge, LA

Richard L. Bourgeois, Jr., U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 09/09/2022, and the person was arrested on *(date)* 09/14/2022
at *(city and state)* Baton Rouge, LA.

Date: 09/14/2022

*Arresting officer's signature*

Lori H. Marable  Special Agent
*Printed name and title*